# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) <br><br> Stocks, William L. | **2. Court or Organization** <br><br> U. S. Bankruptcy Court - MDNC | **3. Date of Report** <br><br> 05/02/2012 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U. S. Bankruptcy Judge -Active | **5a. Report Type** (check appropriate type) <br> ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | **6. Reporting Period** <br><br> 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

U. S. Bankruptcy Court
101 S. Edgeworth Street
Greensboro, N.C. 27401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stocks, William L. | 05/02/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Middle District Bankruptcy Seminar, Inc. | April 29-30 | Southern Pines, N.C. | Bankruptcy Seminar | Registration Fee, Lodging & Meals |
| 2. | N.C. Bar Association | Nov. 17-20 | Asheville, N.C. | Bankruptcy Seminar | Registration Fee, Lodging & Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stocks, William L. | 05/02/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stocks, William L. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Legg Mason Value Trust Mutual Fund | A | Dividend | | | Sold | 03/24/11 | L | A | |
| 2. Schwab & Co. Money Market Fund (IRA) | A | Dividend | J | T | | | | | |
| 3. Harbor Bond Fund (IRA) | A | Dividend | K | T | | | | | |
| 4. Vanguard Short Term Bond Fund (IRA) | A | Dividend | K | T | | | | | |
| 5. Berger Mid-Cap Value Fd (IRA) (Now Perkins Mid-Cap Value Fd | A | Dividend | K | T | | | | | |
| 6. Oakmark Equity Income Fund (IRA) | A | Dividend | K | T | | | | | |
| 7. Fidelity Convertibles Securities Fund (IRA) | A | Dividend | K | T | | | | | |
| 8. Accounts at Wachovia Bank & Trust Co. (now Wells Fargo Bank) | A | Interest | J | T | | | | | |
| 9. Limited Partnership Interest in Robbins Housing Ltd. | | None | J | W | | | | | |
| 10. Checking Account at BB&T | A | Interest | J | T | | | | | |
| 11. Checking Account at BB&T | A | Interest | L | T | | | | | |
| 12. Lincoln Nat. Stock/Roth IRA (fka Jeff-Pilot) | A | Dividend | J | T | | | | | |
| 13. Artisan International Fund (IRA Rollover) | A | Dividend | K | T | | | | | |
| 14. Fidelity Diversified Int. Fund (IRA Rollover) | A | Dividend | K | T | | | | | |
| 15. Fidelity Growth Company Fund (IRA Rollover) | A | Dividend | K | T | | | | | |
| 16. Janus Growth & Income Fund (IRA Rollover) | A | Dividend | K | T | | | | | |
| 17. Janus Olympus Fund (IRA Rollover) (now Janus Global Select) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stocks, William L. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Julius Baer Int. Eq. Fund(IRA RO)(now Artio Int Eq. Fund | A | Dividend | K | T | | | | | |
| 19. Vanguard Growth Index Fund (IRA Rollover) | A | Dividend | K | T | | | | | |
| 20. Vanguard Index Trust 500 (IRA Rollover) | A | Dividend | K | T | | | | | |
| 21. William Blair Int. Growth Fund (IRA Rollover) | A | Dividend | K | T | | | | | |
| 22. Schwab & Co. Money Market Fund (IRA Rollover) | A | Interest | L | T | | | | | |
| 23. Royce Low Price Stock Fund (IRA Rollover) | A | Dividend | K | T | | | | | |
| 24. Tweedy Brown Global Value Fund (IRA Rollover) | A | Dividend | J | T | | | | | |
| 25. American Beacon Large Cap | A | Dividend | K | T | | | | | |
| 26. Loomis Sayles Bond Fund | A | Dividend | J | T | | | | | |
| 27. Wachovia Money Market (now Wells Fargo Bank) | A | Dividend | K | T | | | | | |
| 28. Davenport & Co (Federated Prime Cash Series)MM-See Part VIII | A | Dividend | K | T | | | | | |
| 29. Davenport & Co. (Federated Prime Cash Series) Money Market | A | Dividend | L | T | Buy (add'l) | 03/24/11 | L | | |
| 30. Gabelli Small Cap Growth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stocks, William L. | 05/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The investment shown on line 28 consists of cash managed by Davenport & Company. The funds have been invested by Davenport in the Federated Prime Cash Series money market fund and have been so invested by Davenport since 2009 rather than in a Legg Mason money market fund as mistakenly reported previously.

| Name of Person Reporting | Date of Report |
|---|---|
| Stocks, William L. | 05/02/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ William L. Stocks**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544